1022

[Nos. 69117-1-I; 69610-6-I. Division One. August 1, 2016.]

*In the Matter of the Guardianship of* ELLA NORA DENNY.

RICHARD DENNY ET AL., *Appellants*, v. OHANA FIDUCIARY CORPORATION, *as Guardian of the Estate, Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 09-4-04984-7, Carlos Velategui, J. Pro Tem., entered June 19, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[Nos. 70312-9-I; 70610-1-I. Division One. August 1, 2016.]

*In the Matter of the Guardianship of* ELLA NORA DENNY.

RICHARD DENNY ET AL., *Appellants*, v. OHANA FIDUCIARY CORPORATION, *as Guardian of the Estate, Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 09-4-04984-7, Carlos Velategui, J. Pro Tem., entered April 1, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 72251-4-I. Division One. August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD LEE ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 14-1-01460-7, Laura C. Inveen, J., entered July 25, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Leach, JJ.